## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**SUSAN D. WIGENTON**<br>**UNITED STATES DISTRICT JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**NEWARK, NJ 07101**<br>**973-297-4903** |

July 15, 2008

Michael Myers, Pro Se
Prison #421080
SBI #495164C
Northern State Prison
PO Box 2300
Newark, NJ   07114

### LETTER ORDER

    Re:    **Myers v. Cotto, et al.**
              **Civil Action No. 07-4115 (SDW)**

Dear Mr. Myers:

    By Letter Order dated May 19, 2008, this Court denied your application for pro bono counsel. Your renewed application, dated June 23, 2008, presents no facts that the Court overlooked in its May 19, 2008 Letter Order. Accordingly, your application is denied. You are further directed not to file any additional applications unless you can present new facts to the Court.

    **SO ORDERED.**

                                          *s/Madeline Cox Arleo*
                                          **MADELINE COX ARLEO**
                                          **United States Magistrate Judge**

cc:    DAG John P. Cardwell